United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN JOHNSON, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-3589 |
| | § | |
| THE WEBSTER U.S. LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On March 27, 2026, this case was referred to United States Magistrate Judge Peter Bray for all pretrial purposes. (Dkt. 43). Judge Bray filed a Memorandum and Recommendation on July 13, 2026 recommending that: (1) Defendant's partial motion to dismiss be granted; and (2) Plaintiff's hostile work environment claim be dismissed. (Dkt. 60).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bray's Memorandum and Recommendation (Dkt. 60) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's partial motion to dismiss (Dkt. 21) is **GRANTED**; and

(3) Plaintiff's hostile work environment claim against Defendant is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on August 11, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE